# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## UNCONTESTED JUDGMENT OF FORFEITURE IN A CIVIL CASE

**United States of America**

    vs.    **CASE NUMBER: 5:09-CV-1340 (FJS/DEP)**

**$7,462.00 in United States Currency**


**Decision by Court.**    This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That all claims concerning the defendant $ 7,462.00 in US Currency are hereby barred and forever closed, all right, title and interest to the defendant currency is hereby forfeited to the United States of America for disposition in accordance with law, the United States Marshal Service shall dispose of the defendant property in accordance with law, the costs of this action are to be borne by the United States of America.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 13th day of August, 2010.


DATED: August 13, 2010

*Lawrence K. Baerman*
Clerk of Court

s/

_____

Joanne Bleskoski
Deputy Clerk